# EXHIBIT "H"

## AS TO PLAINTIFF

Tina White

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

Approved, SCAO

| STATE OF MICHIGAN JUDICIAL DISTRICT 82 DISTRICT/WEST JUDICIAL CIRCUIT COUNTY PROBATE | MOTION AND VERIFICATION FOR ALTERNATE SERVICE | CASE NO. 15160GC |

Court address: PO BOX 365, WEST BRANCH, MI 48661
Court telephone no.: (989) 345-5040

Plaintiff name(s), address(es), and telephone no(s).
MIDLAND FUNDING LLC
8875 AERO DR, STE 200
SAN DIEGO, CA 92123

v

Defendant name(s), address(es), and telephone no(s).
TINA WHITE
3329 COLUMBIA DR
WEST BRANCH, MI 48661

File #: 20913384 DCN: 150669039

In the matter of MIDLAND FUNDING LLC V TINA WHITE

1. Service of process upon TINA WHITE cannot reasonably be made as otherwise provided in MCR 2.105, as shown in the following verification of process server.

2. Defendant's last known home and business addresses are:

3329 COLUMBIA DR — WEST BRANCH — MI — 48661
Home address — City — State — Zip

Business address — City — State — Zip

a. I believe the [X] home / [ ] business address shown above is current.

b. I do not know the defendant's current [X] home / [ ] business address. I have made the following efforts to ascertain the current address: _____

(stamp: 15 JUL 17 PM 3:13 82ND DISTRICT COURT RECEIVED)

3. I request the court order service by alternate means.

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date: 7/20/15

Address: 2155 BUTTERFIELD DR SUITE 200-S
City, state, zip: TROY, MI, 48084

Plaintiff/Plaintiff's attorney signature

Jonathan VanGemert P-71070  Jennifer Dillow P-69855
Daniel Best P-58501  Jeffrey Bearss P-41693
David Wolfe P-60235  Christopher Best P-77875

Telephone no.

**VERIFICATION OF PROCESS SERVER**

1. I have tried to serve process on this defendant as described: State date, place, and what occurred on each occasion.

## See Attached

I declare that the statements above are true to the best of my information, knowledge, and belief.

Date: _____
Signature: See Attached
Process server (type or print): _____

MC 303 (3/11) MOTION AND VERIFICATION FOR ALTERNATE SERVICE                                     MCR 2.105

| STATE OF MICHIGAN<br>82 DISTRICT/WEST  JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | VERIFICATION OF PROCESS SERVER | CASE NUMBER<br>15160GC |
|---|---|---|

| Plaintiff name(s), address(es), and telephone number(s)<br>MIDLAND FUNDING LLC<br>8875 AERO DR, STE 200<br>SAN DIEGO, CA 92123 | Defendant name(s), address(es), and telephone number(s)<br>TINA WHITE<br>3329 COLUMBIA DR<br>WEST BRANCH, MI 48661<br><br>File #: 20913384 DCN: 150669039 |
|---|---|

This document verifies attempts at Personal Service.

Process Server,      GOHEEN, JERI     , being duly sworn and deposed says:

1. That he or she is an individual duly authorized to serve process issued out of the Court.
2. Defendant's last known home and/or business address(es) are:
   3329 COLUMBIA DR WEST BRANCH, MI 48661
3. That the Defendant's usual place of abode / business is the above stated address verified by:

|   | 1st Att | 2nd Att | 3rd Att | 4th Att | 5th Att |
|---|---|---|---|---|---|
| Relative states Defendant lives / works at the address. | ☐ | ☐ | ☐ | ☐ | ☐ |
| Neighbor states Defendant lives / works at the address. | ☐ | ☐ | ☐ | ☐ | ☐ |
| Occupant / Resident verified Defendant lives / works at the address. | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☑ None of the above, despite efforts to ascertain the aforementioned. | ☑ | ☑ | ☑ | ☐ | ☐ |
| ☑ Contact cards / notices left after each unsuccessful attempt for defendant to call server. | ☑ | ☑ | ☑ | ☐ | ☐ |

4. Efforts to serve the Defendant were as follows:
I did not successfully deliver a copy of the Summons And Complaint upon Defendant and have made the following visits to the home / business of the Defendant, to wit:

1st Attempt: June 21 2015 9:17 am   Sy
2nd Attempt: June 24 2015 6:01 pm   W2
3rd Attempt: July 05 2015 9:31 am   Sy
4th Attempt: _____ _____ _____ _____
5th Attempt: _____ _____ _____ _____

5. I believe the above stated address of the Defendant is current due to the reasons stated above.
6. I declare that the statements above are true to the best of my information, knowledge and belief.

Process Server: GOHEEN, JERI       Signature: /s/ Jeri Goheen
(type or print)

Date: 7-6-15

[Stamp: 15 JUL 27 PM 3:13 82ND DISTRICT COURT RECEIVED]

Leonard Rancilio
Court Officer

MICHIGAN DISTRICT COURT

36809 Groesbeck Highway
Clinton Twp, MI 48035
(586) 792-4620 Fax (586) 792-3724

POSTMASTER
WEST BRANCH
MI 48661

Date: 6/18/2015

DCN:
150669039

## Request for Change of Address or Boxholder
## Information Needed for Service of Legal Process

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: TINA WHITE

Address: 3329 COLUMBIA DR, WEST BRANCH, MI 48661

NOTE: Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known, and Post Office box address are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxholder or change of address information.

1. Capacity of requester (e.g., process server, attorney, party representing himself): **COURT OFFICER - Process Server**
2. Statute or regulation that empowers me to serve process (not required when requestor is an attorney or a party acting pro se except a corporation acting pro se must cite statute: **MCR 2.103(B)(1)**
3. The Names of all known parties to the litigation: **MIDLAND FUNDING LLC V TINA WHITE**
4. The court in which the case has been or will be heard: **82 DISTRICT/WEST BRANCH**
5. The docket or identifying number if one has been issued: **15160gc**
6. The capacity in which this individual is to be served (e.g, defendant or witness): **Defendant**

### WARNING

THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

_Signature_
Signature
Leonard Rancilio

36809 Groesbeck Hwy
Clinton Twp, MI 48035

RECEIVED
15 JUL 27 PM 3:13
82ND DISTRICT COURT

FOR POST OFFICE USE ONLY

(✓) NO CHANGE OF ADDRESS ORDER ON FILE
( ) MOVED, LEFT NO FORWARDING ADDRESS
( ) NO SUCH ADDRESS

NEW ADDRESS or BOXHOLDER'S
NAME AND STREET ADDRESS

Postmark/Date Stamp

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>82 DISTRICT/WEST JUDICIAL CIRCUIT<br>COUNTY PROBATE | ORDER REGARDING<br>ALTERNATE SERVICE | CASE NO.<br>15160GC |
|---|---|---|

Court address: PO BOX 365, WEST BRANCH, MI 48661

Court telephone no.: (989) 345-5040

Plaintiff name(s), address(es), and telephone no(s).
MIDLAND FUNDING LLC
8875 AERO DR, STE 200
SAN DIEGO, CA 92123

v

Defendant name(s), address(es), and telephone no(s).
TINA WHITE
3329 COLUMBIA DR
WEST BRANCH MI, 48661

Plaintiff's attorney, bar no., address, and telephone no.
WELTMAN WEINBERG & REIS
2155 BUTTERFIELD DR SUITE 200-S
TROY MI, 48084
(248) 362-6100

File #: 20913384 DCN: 150669039

RECEIVED 15 JUL 27 PM 3:13 82ND DISTRICT COURT

**THE COURT FINDS:**

☐ 1. Service of process upon the defendant, TINA WHITE, cannot reasonably be made as provided in ☒ MCR 2.105 ☐ MCR 2.107(B)(1)(b) and service of process may be made in a manner that is reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard.

**IT IS ORDERED:**

☐ 2. Service of the ☒ summons and complaint ☐ other: _____
and a copy of this order shall be made by the following method(s).

☒ a. First-class mail to 3329 COLUMBIA DR WEST BRANCH, MI 48661

☐ b. Tacking or firmly affixing to the door at _____

☐ c. Delivering at _____ to a member of the defendant's household who is of suitable age and discretion to receive process, with instructions to deliver it promptly to the defendant.

☒ d. Other: Certified mail/return receipt requested. Publication once a week for 3 consecutive weeks: Ogemaw County Herald 215 W Houghton Ave. West Bra
THE OGEMAW COUNTY HERALD  215 W. HOUGHTON AVE., WEST BRANCH, MI 48661  989-345-0044

For each method used, proof of service must be filed promptly with the court.

☐ 3. The motion for alternate service is denied.

Date: 7/20/15

Judge: _____ Bar no.

MC 304 (9/09) ORDER REGARDING ALTERNATE SERVICE                    MCR 2.103, MCR 2.105

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Moving party
3rd copy - Return

| STATE OF MICHIGAN | ORDER FOR SERVICE BY PUBLICATION/POSTING AND NOTICE OF ACTION | CASE NO. |
|---|---|---|
| 82 DISTRICT/WE  JUDICIAL DISTRICT  JUDICIAL CIRCUIT  COUNTY PROBATE | | 15160GC |

**Court address**: PO BOX 365, WEST BRANCH, MI 48661

**Court telephone no.**: (989) 345-5040

**Plaintiff name(s), address(es), and telephone no(s).**

MIDLAND FUNDING LLC
8875 AERO DR, STE 200
SAN DIEGO, CA 92123

v

**Defendant name(s), address(es), and telephone no(s).**

TINA WHITE
3329 COLUMBIA DR
WEST BRANCH, MI 48661

**Plaintiff's attorney, bar no., address, and telephone no.**

WELTMAN WEINBERG & REIS
2155 BUTTERFIELD DR SUITE 200-S
TROY, MI 48084
(248) 362-6100

File #: 20913384 DCN: 150669039

[RECEIVED 15 JUL 21 PM 3:13 82ND DISTRICT COURT]

TO: TINA WHITE

**IT IS ORDERED:**

1. You are being sued in this court by the plaintiff _for the monies due Finger Hut for the amount over $ 2,495.37._ You must file your answer or take other action permitted by law in this court at the court address above on or before _28 days from last date of publication_. If you fail to do so, a default judgment may be entered against you for the relief demanded in the complaint filed in this case.

2. A copy of this order shall be published once each week in _Ogemaw County Herald_ (Name of publication)
   [X] three consecutive weeks,
   for [ ] _____, and proof of publication shall be filed in this court.

3. _____ shall post a copy of this order in the courthouse, and
   at _____ (Location) and
   at _____ (Location)
   [ ] three continuous weeks,
   for [ ] _____, and shall file proof of posting in this court.

4. A copy of this order shall be sent to _____ (Name) at the last-known address by registered mail, return receipt requested, before the [ ] date of the last publication, [ ] last week of posting, and the affidavit of mailing shall be filed with this court.

Date: 7/28/11

Judge: Honorable Richard E. Noble P37857  Bar no.

MC 307 (9/09) ORDER FOR SERVICE BY PUBLICATION/POSTING AND NOTICE OF ACTION  MCR 2.106, MCR 5.101(C)

# AFFIDAVIT OF PUBLICATION

**STATE OF MICHIGAN**
**County of Ogemaw** } ss

Eric Young, being duly sworn, deposes and say I am the Managing Editor of The Ogemaw County Herald, a newspaper printed and circulated in said county; that the annexed is a printed copy of a notice which was published in said paper on the following dates, to wit:

August 13th, 2015

August 20th, 2015

August 27th, 2015

Eric Young

Subscribed and sworn to before me this 28th day of August, 2015

Julie A. Parliament
Notary Public, Ogemaw County, Michigan
Acting in Ogemaw County
My commission expires April 10, 2016

---

STATE OF MICHIGAN
82ND DISTRICT COURT
ORDER FOR SERVICE BY PUBLICATION/POSTING AND NOTICE OF ACTION
CASE NO. 15-160GC
P.O. Box 365
West Branch, MI 48661
989-345-5040
Midland Funding LLC
8875 Aero Dr., Ste. 200
San Diego, CA 92123
Plaintiff
v.
Tina White
Defendant
3329 Columbia Dr.
West Branch, MI 48661
File #20913384
DCN 150669039
Weltman Weinberg & Reis
2155 Butterfield Dr.
Suite 200-S
Troy, MI 48084
(248) 362-6100
Plaintiff's Attorney
TO: Tina White
IT IS ORDERED:
You are being sued in this court by the Plaintiff for the monies due Finger Hut for the amount over $2,495.37. You must file your answer or take other action permitted by law in this court at the court address above on or before 28 days from the last date of publication. If you fail to do so, a default judgment may be entered against you for the relief demanded in the complaint filed in this case.
A copy of this order shall be published once each week in the Ogemaw County Herald for three consecutive weeks, and proof of publication shall be filed in this court.
Date: 7/28/15
Honorable
Richard E. Noble
P37857
#33-3